

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00580-CV

**IN THE INTEREST OF L.T.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00433
Honorable Karen H. Pozza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED.

No costs are assessed because appellant is indigent.

SIGNED January 17, 2018.

Sandee Bryan Marion, Chief Justice